[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 12, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-11098
Non-Argument Calendar

_____

D. C. Docket No. 94-00206-CR-B-W

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HAMISI HAMNER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(March 12, 2008)**

Before BIRCH, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

Ann Day Lawrence, appointed counsel for Hamisi Hamner on this direct

criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hamner's revocation of supervised release and sentence are **AFFIRMED**.